UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-CR-632-GPC |
|---|---|
| Plaintiff, | |
| v. | |
| MARC HOTZ, | **ORDER DENYING THE MOTION FOR JUDICIAL RECOMMENDATION** |
| Defendant. | |
| | [ECF Nos. 79-81] |

Defendant Marc Hotz filed three similar motions for judicial recommendation asking the Court to recommend to the Federal Bureau of Prisons ("BOP") that he be placed in a residential reentry center ("RCC"). ECF Nos. 79-81. The Court does not have jurisdiction over the BOP's individualized placement decisions. *Gullett v. Salas*, No. 221CV05720, 2021 WL 3171967, at *2 (C.D. Cal. July 27, 2021) (collecting cases). Accordingly, the Court DENIES the motion for judicial recommendation and defers to the BOP's authority and discretion to place an inmate in a RCC to serve a portion of his sentence.

**IT IS SO ORDERED.**

1  Dated:  August 22, 2024

Hon. Gonzalo P. Curiel
United States District Judge